1

2

3

4

5

6

7

8

9

10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11 | WILLIE RICHARDSON, III,                )   No. C 04-2712 RMW (PR)
                                           )
12 |              Petitioner,               )   ORDER GRANTING MOTION TO
                                           )   LIFT STAY; DISMISSING
13 |      vs.                               )   UNEXHAUSTED CLAIMS;
                                           )   ORDER TO SHOW CAUSE
14 | BEN CURRY, Warden,                     )
                                           )
15 |              Respondent.               )
    _____    )

16

17          Petitioner, a California prisoner proceeding pro se, filed a second amended petition for a

18  writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On March 31, 2008, the court granted

19  respondent's motion to dismiss for failure to exhaust and directed the petitioner to elect how he

20  would like to proceed.  On August 12, 2008, the court granted petitioner's request to stay the

21  proceedings and held petitioner's second amended petition in abeyance pending exhaustion of

22  his claims in the state supreme court.  In that order, the court ordered petitioner to file another

23  amended petition containing his fully exhausted claims as well as a motion to lift the stay within

24  thirty days of the California Supreme Court's decision.

25          On September 6, 2013, and November 26, 2013, petitioner filed a request to lift the stay.

26  However, petitioner did not file an amended petition as directed by the court in 2008.  Moreover,

27  petitioner stated that his state habeas petition, filed in the California Supreme Court on July 30,

28  2008, was denied on January 21, 2009.  Petitioner offers no explanation as to why he has waited

1  almost five years after the California Supreme Court denied his petition to return to federal court.

2  In the court's August 12, 2008 order granting petitioner's motion to stay, the court informed

3  petitioner that if petitioner wished to have the court consider any of his then unexhausted claims,

4  "he must properly present those claims to the California Supreme Court within thirty days . . .

5  [and] <u>within thirty days of the California Supreme Court's decision, he must file an amended</u>

6  <u>petition in this Court setting forth his newly exhausted claims</u> in addition to any previously

7  exhausted claims he still wishes to have this Court consider."  (Emphasis added.)  Petitioner has

8  not done so.  Accordingly, the court will dismiss the unexhausted claims, and proceed only with

9  the exhausted claims, as presented in petitioner's second amended petition.

10      As grounds for federal habeas relief, petitioner's surviving claims are: (1) he was denied

11  his due process right to fundamental fairness in that his current crimes of conviction rest upon

12  the incredibly insubstantial uncorroborated testimony of accomplice Niyah Edwards thereby

13  rendering the state court's rejection of such claim objectively unreasonable, and (2) there was

14  insufficient evidence to support some of his convictions, thereby rendering the state court's

15  rejection of such claim objectively unreasonable.  The court will require respondent to show

16  cause why these claims in petitioner's second amended petition should not be granted.

17                                                **CONCLUSION**

18      1.      Petitioner's motion to lift the stay is GRANTED.  The clerk shall RE-OPEN this

19  action.

20      2.      Respondent shall file with the court and serve on petitioner, within **sixty days** of

21  the date this order is filed, an answer conforming in all respects to Rule 5 of the Rules Governing

22  Section 2254 Cases, showing cause why a writ of habeas corpus should not be granted.

23  Respondent shall file with the answer and serve on petitioner a copy of all portions of the

24  underlying state criminal record that have been transcribed previously and that are relevant to a

25  determination of the issues presented by the petition.

26      If petitioner wishes to respond to the answer, he shall do so by filing a traverse with the

27  court and serving it on respondent within **thirty days** of the date the answer is filed.

28

Order Granting Motion to Lift Stay; Dismissing Unexhausted Claims; Order to Show Cause
P:\PRO-SE\RMW\HC old\HC.04\Richardson712liftosc.wpd

3.      Respondent may file a motion to dismiss on procedural grounds in lieu of an answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases within **sixty days** of the date this order is filed.  If respondent files such a motion, petitioner shall file with the court and serve on respondent an opposition or statement of non-opposition within **twenty-eight days** of the date the motion is filed, and respondent **shall** file with the court and serve on petitioner a reply within **fourteen days** of the date any opposition is filed.

4.      It is petitioner's responsibility to prosecute this case.  Petitioner is reminded that all communications with the court must be served on respondent by mailing a true copy of the document to respondent's counsel.  Petitioner must keep the court and all parties informed of any change of address by filing a separate paper captioned "Notice of Change of Address."  He must comply with the court's orders in a timely fashion.  Failure to do so may result in the dismissal of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

DATED: _____

_____
RONALD M. WHYTE
United States District Judge

Order Granting Motion to Lift Stay; Dismissing Unexhausted Claims; Order to Show Cause
P:\PRO-SE\RMW\HC old\HC.04\Richardson712liftosc.wpd

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

RICHARDSON,

          Plaintiff,

  v.

CURRY,

          Defendant.

_____/

Case Number: CV04-02712 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 8, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Willie Richardson T-03382
5-N-34
C.S.P. San Quentin
San Quentin, CA 94974

Dated: April 8, 2014

          Richard W. Wieking, Clerk
          By: Jackie Lynn Garcia, Deputy Clerk