**E-FILED**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE RICHARDSON, III, ) | No. C 04-2712 RMW (PR) |
| Petitioner, ) | ORDER GRANTING MOTION FOR |
| ) | EXTENSION OF TIME TO FILE |
| vs. ) | AN ANSWER OR MOTION TO |
| ) | DISMISS |
| BEN CURRY, Warden, ) | |
| Respondent. ) | |
| ) | (Docket No. 60) |

      Petitioner, a California prisoner proceeding pro se, filed a second amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On April 8, 2014, the court directed respondent to file an answer or motion to dismiss within sixty days.  (Docket No. 59.) Respondent has filed a motion requesting a sixty day extension of time, up to and including August 5, 2014, to file an answer or motion to dismiss.  (Docket No. 60.)

      Respondent's motion is **GRANTED**.  Respondent shall file an answer or motion to dismiss no later than August 5, 2014.

      This order terminates docket number 60.

      IT IS SO ORDERED.

DATED: _____

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Granting Motion for Extension of Time to File an Answer or Motion to Dismiss
P:\PRO-SE\RMW\HC old\HC.04\Richardson712eot-ans.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RICHARDSON,

        Plaintiff,

  v.

CURRY,

        Defendant.

Case Number: CV04-02712 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 3, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Willie Richardson T-03382  
5-N-34  
C.S.P. San Quentin  
San Quentin, CA 94974

Dated: July 3, 2014

                                    Richard W. Wieking, Clerk  
                                    By: Jackie Lynn Garcia, Deputy Clerk