*E-FILED on 3/11/15*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIE RICHARDSON, III, | ) | No. C 04-2712 RMW (PR) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| vs. | ) | |
| | ) | |
| BEN CURRY, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

The court has dismissed the instant petition for a writ of habeas corpus as procedurally barred. Therefore, judgment is entered in favor of respondent. Petitioner shall take nothing by way of his petition. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 3/11/15

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\RMW\HC old\HC.04\Richardson712jud.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RICHARDSON,

        Plaintiff,

  v.

BEN CURRY,

        Defendant.

Case Number: CV04-02712 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 11, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Willie Richardson T-03382
5-N-34
C.S.P. San Quentin
San Quentin, CA 94974

Dated: March 11, 2015

        Richard W. Wieking, Clerk
        By: Jackie Lynn Garcia, Deputy Clerk